**DISMISSED and Opinion Filed February 11, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00797-CV

### IN RE JOHN THOMPSON, Relator

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83205-2021**

## MEMORANDUM OPINION
Before Justices Schenck, Nowell, and Garcia
Opinion by Justice Nowell

John Thompson has filed a pro se original petition for writ of habeas corpus contending he has been detained for over ninety days in violation of article 17.151 of the code of criminal procedure. The Court has no jurisdiction to consider an original petition for writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; TEX. GOV'T CODE ANN. § 22.221(d); *In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam).

We dismiss relator's petition for want of jurisdiction.

210797f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE